IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES DEWAYNE WALTHER,
    Petitioner,

vs.                                       CASE NO.: 3:04cv237/MCR/MD

DONALD F. BAUKNECHT,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 11, 2005. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) is DENIED.

    DONE AND ORDERED this 27th day of April, 2005.

                                _s/ M. Casey Rodgers_
                                M. CASEY RODGERS
                                UNITED STATES DISTRICT JUDGE