UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES DEWAYNE WALTHER

    VS                                              CASE NO.  3:04cv237/MCR/MD

DONALD F. BAUKNECHT

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Petitioner take nothing and that the Petition for writ of habeas corpus is DENIED.

                                            WILLIAM M. McCOOL, CLERK OF COURT

 April 27, 2005                      /s/ Teresa Cole
DATE                               Deputy Clerk: Teresa Cole

Entered On Docket: _____  By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

Document No.